UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO:  1:22-CV-10037-LTS

| | |
|---|---|
| KIRA WAHLSTROM, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| ZURICH AMERICAN INSURANCE | ) |
| COMPANY and AMERICAN GUARANTEE | ) |
| AND LIABILITY INSURANCE COMPANY, | ) |
| | ) |
| Defendants | ) |

## **NOTICE OF ATTORNEY'S LIEN**

The Law Offices of David J. Hoey, P.C. hereby gives notice under M.G.L. c. 221, §

50 that it claims a lien for attorney's fees from Kira Wahlstrom, upon any and all

proceeds that may be recovered by Kira Wahlstrom, whether by judgment or settlement,

on her claims in the above captioned matter.

Respectfully Submitted,

Law Offices David J. Hoey, P.C.

*/s/ David J. Hoey*

DAVID J. HOEY, BBO#628619
352 Park Street Suite 105
North Reading, MA 01864
T: 978-664-3633
dhoey@hoeylaw.com

Dated:  February 28, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and copies were sent by first-class mail to those indicated as non-registered participants on February 28, 2022.

*/s/David J. Hoey*
David J. Hoey, BBO#628619