# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Kira Wahlstrom, )<br>   Plaintiff, )<br>v. )<br>Zurich American Insurance Company et al )<br>   Defendants. ) | Civil Action No. 1:22-cv-10037 |

## 46 DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER

SOROKIN, J.

In light of the settlement of the related case, it is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 46 days if settlement is not consummated.

By the Court,

/s/ Kellyann Belmont
Deputy Clerk
The Honorable Leo T. Sorokin

7/20/2023
Date

To: All Counsel